JS6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| STEPHEN TOYE AJAYI, | CASE NO. CV 08-2598-JFW (RZx) |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| United States Citizenship and Immigration Services ("USCIS"); JANE ARELLANO, District Director, USCIS, | |
| Defendants. | |

This action came before the Court with the Honorable John F. Walter, United States District Judge, presiding. After consideration of the papers submitted by the parties,

IT IS HEREBY ORDERED ADJUDGED, AND DECREED that pursuant to the Court's order of September 11, 2008 granting Defendants' motion for summary judgment, that judgment be entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED.**

DATED: September 18, 2008

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE